In re Petition of Edward White. Edward White, Appellant, v. Moses O. Youngblood, Appellee.

Gen. No. 40,309.

opinion filed October 31, 1939; rehearing denied November 15, 1939. Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel; Hubbard, Baker & Rice, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''